FILED
JAMES J. VILT, JR. - CLERK

SEP 28 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-14-CHB

UNITED STATES OF AMERICA     PLAINTIFF

V.

TINA SARNOFF, *ET AL.*     DEFENDANTS

## DEFENDANT TINA SARNOFF'S
## UNOPPOSED[1] MOTION TO CONTINUE TRIAL

Comes Tina Sarnoff and moves the Court to postpone the commencement of the trial in this matter so her counsel may complete her preparation of his defense, and she accordingly requests a continuance under the "ends of justice" and "complex case" exceptions to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

Trial is presently scheduled to begin on November 15, 2022 [Doc. No. 64]. The Court previously declared the case complex. The government has tendered discovery to Ms. Sarnoff's counsel, approximately 14,000 pages, but has additional discovery forthcoming very soon. Undersigned counsel is still reviewing and analyzing discovery and will need additional time to process new discovery. Moreover, additional discovery may affect defensive motions,[2] which time for same has already passed.

Under these circumstances, in the words of the Speedy Trial Act, "the failure to grant such a continuance ... would deny counsel for the defendant ... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §

---

[1] Defendant Roberts has yet to officially state a position.

[2] The Defensive Motion deadline was September 20, 2022. [Doc. No. 64]

3161(h)(7)(B)(iv); *United States v. Williams*, 753 F.3d 626, 635 (6th Cir. 2014) ("ends of justice" continuance upheld in view of defense counsel's expressed need for additional time to prepare), *United States v. Monroe*, 833 F.2d 95, 99 (6th Cir. 1987) (court properly granted continuance to allow counsel to investigate, research, prepare and file pretrial motions), *United States v. Richmond*, 735 F.2d 208, 215 (6th Cir. 1984) (continuance appropriate to permit counsel to prepare case); *see also United States v. Apicelli*, 839 F.3d 75, 84-85 (1st Cir. 2016) (no abuse of discretion when defense counsel requested continuance to review new evidence).

Counsel is authorized to inform the Court that the United States and all defendants, except Defendant Roberts, have indicated "no objection" to the motion.

Tina Sarnoff accordingly asks the Court to continue trial for a reasonable period.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

Respectfully Submitted,

CHRISTOPHER A. BATES
SEILLER WATERMAN LLC
Meidinger Tower, 22nd Floor
462 South Fourth Street
Louisville, Kentucky 40202
(502) 584-7400 - telephone
(502) 583-2100 – facsimile
bates@derbycitylaw.com

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was filed on this 28th day of September, 2022 with the Clerk of the Court and a true copy has been served via U.S. First Class Mail to the following:

Corinne E. Keel
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 625-7041

Angela M. Rea
Assistant Federal Defendant
200 Theater Building
629 Fourth Avenue
Louisville, KY 40202
(502) 584-0525
Angela_rea@fd.org

Catherine J. Kamenish
917 Lily Creek Road
Louisville, KY 40243
(502) 561-2005
ckamenish@gmail.com

Scott C. Cox
Michael R. Mazzoli
Cox & Mazzoli, PLLC
600 West Main Street
Suite 300
Louisville, KY 40202
(502) 589-6190 - telephone
(502) 736-3184 – facsimile
coxECF@aol.com
mazzoliECF@aol.com

Christie A. Moore
Dentons Bingham Greenbaum Doll LLP
101 S. 5th Street, Suite 3500
Louisville, KY 40202
(502) 587-3758
(502) 540-2276 – facsimile
Christie.moore@dentons.com

Christopher A. Bates